NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MALICO INC.,**
*Plaintiff-Appellant,*

**v.**

**COOLER MASTER USA INC.,**
*Defendant-Appellee.*

---

2010-1459

---

Appeal from the United States District Court for the Western District of Washington in Case No. 09-CV-0732, Judge Richard A. Jones.

---

**JUDGMENT**

---

PHILIP P. MANN, Mann Law Group, of Seattle, Washington, for plaintiff-appellant. Of counsel on the brief was JOHN E. WHITAKER, Whitaker Law Group, of Seattle, Washington.

PAUL T. MEIKLEJOHN, Dorsey & Whitney, LLP, of Seattle, Washington, argued for defendant-appellee.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, GAJARSA, and LINN, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| May 16, 2011 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |